UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-80961-CIV-MARRA

GARFIELD SPENCE,

        Plaintiff,

v.

SILVER CUP, INC., and
OLD SCHOOL PROMENADE, LLC,

        Defendants.
_____/

## ORDER OF DISMISSAL

This cause is before the Court *sua sponte*. This case was commenced on July 14, 2015 [DE 1]. Defendants answered the Complaint on August 28, 2015 and September 1, 2015. [DE 13, 14].

On July 16, 2015, the Court issued an Order Requiring Counsel to Confer, File Joint Scheduling Report and File Joint Discovery Report. [DE 6]. The time periods set forth therein for submission to the Court of the Parties' discovery plan report and their joint scheduling report have lapsed. The Court's Order noted that "Failure of counsel . . . to file a discovery plan report or joint scheduling report may result in dismissal, default, and the imposition of other sanctions . . . ." [*Id*. at ¶8]. The Court also has the inherent power to *sua sponte* dismiss a case for lack of prosecution. *See Link v. Wabash R. R. Co.,* 370 U.S. 626, 629-30 (1962).

On November 18, 2015, the Court issued an Order to Show Cause ordering Plaintiff to file a status report with the Court by November 30, 2015 and show cause why the above-styled

1

cause should not be dismissed for failure to comply with the Court's prior order. [DE 16].  This Order noted that failure to comply with the Order by the Plaintiff shall result in immediate dismissal of the present action without further notice.

Since the issuance of the Order to Show Cause, Plaintiff has filed a Certificate of Interested Parties [DE 17] and Initial Disclosures [DE 18].  That may show some effort on the part of Plaintiff to pursue this case, but it still fails to comply with this Court's July 16, 2015 order and with this Court's order to show cause.  The parties still have not filed a discovery plan report or joint scheduling report, nor has Plaintiff filed a status report or shown cause why the case should not be dismissed (in other words, explain why the parties failed to comply with the Court's orders and advise the Court when the actions required by the Court's order will be taken).  The Court can see no justification for Plaintiff's continued failure to comply with this Court's directives.

Accordingly, pursuant to the Court's prior orders at DE 6 and 16, it is hereby **ORDERED AND ADJUDGED** that the Complaint in the instant action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution.  Each Party shall bear his or its own fees and costs.   The **CLERK** shall **CLOSE** this case.  Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 9th day of December, 2015.

                                                    KENNETH A. MARRA
                                                    United States District Judge